# EXHIBIT B

**WILMINGTON TRUST**

Security Listing

107969-000  TRINITY INVESTMENTS LIMITED CUSTODY
As of February 23, 2016

Page 11

| Issue ID | Description | Quantity | Unit Book Value | Book Value | Unit MV | Market Value | EAI | Unrealized Gain/Loss | Current Yield (%) | % MV |
|---|---|---|---|---|---|---|---|---|---|---|
| 2226354 | REPUBLIC OF ARGENTINA DTD 01/30/1997 11.375% 01/30/2017 NON CALLABLE IN DEFAULT | 36,698,000.0000 | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 2105873 | REPUBLIC OF ARGENTINA DTD 09/19/1997 9.750% 09/19/2027 NON CALLABLE IN DEFAULT | 903,000.0000 | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 040114AR1 | REPUBLIC OF ARGENTINA DTD 01/30/1997 11.375% 01/30/2017 NON CALLABLE IN DEFAULT | 7,000,000.0000 | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

**WILMINGTON TRUST**

Security Listing

107969-000  TRINITY INVESTMENTS LIMITED CUSTODY
As of February 23, 2016

Page 12

| Issue ID | Description | Quantity | Unit Book Value | Book Value | Unit MV | Market Value | EAI | Unrealized Gain/Loss | Current Yield (%) | % MV |
|---|---|---|---|---|---|---|---|---|---|---|
| 5922262 | REPUBLIC OF ARGENTINA DTD 03/15/2000 11.375% 03/15/2010 NON CALLABLE IN DEFAULT | 450,000.0000 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 040114FC9 | REPUBLIC OF ARGENTINA DTD 03/15/2000 11.375% 03/15/2010 NON CALLABLE IN DEFAULT | 100,000.0000 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

+ Unknown
^ Incomplete
* A period end market value is unavailable. Last provided value is displayed.
*** Only investments held as of the specified date appear on this report.***